ACCEPTED
04-15-00548-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/21/2015 5:20:57 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00548-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/21/2015 5:20:57 PM
KEITH E. HOTTLE
Clerk

RUFINA REYES YANEZ,

   Appellant

vs.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

   Appellee

Trial Court No. 2014CVF000504-D3

341ST DISTRICT COURT OF WEBB COUNTY, TEXAS

NOTICE OF COURT TO ABATE THE APPELLATE PROCEDURE ON THIS CASE

TO THE HONORABLE COURT OF APPEALS:

1.     On June 12, 2015, the undersigned counsel for this case filed Supplemental Plaintiff's Motion To Set Aside the May 13, 2015, Order Granting Defendant's Traditional Motion For Summary Judgment and in the Alternative Motion for New Trial on the trial.

2.     The Court had a hearing and the court denied to set aside the Motion For Summary Judgment. The Court did not address the Motion For New Trial.

3.     The Motion for New Trial will lapse by operation of law sometime in early October 2015.

4.     Undersigned counsel is of the opinion that the Court of original jurisdiction must make a ruling on the Motion For New Trial before this Court is ripe for appeal.

5.     Undersigned counsel prays that this case be abated until the lower court rules on the Motion For New Trial or lapses by operation of law.

6.     **PRAYER.** Wherefore premises considered undersigned counsel (Appellant) request this Court abate this Appeal until the court of original jurisdiction rules on the Motion For New Trial.

Respectfully submitted,
 */s/  Armando Treviño*
ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas  78040
Tel (956) 726-1638
Email: armandotrevinolaw@gmail.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that on September 21, 2015, I served a copy of the foregoing Jason A. Richardson, at Edison, McDowell & Hetherington, LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com.

 */s/  Armando Treviño*
ARMANDO TREVINO